UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   Case No. 4:25-mj-53 |
| | § |
| DAVID LAM, | § |
| | § |
| Defendant. | § |

## NOTICE OF NON-APPEAL

The United States wishes to notify the Court that it does not intend to appeal the Court's February 7, 2025 decision denying the government's motion for detention pursuant to 18 U.S.C. § 3142(f)(2)(A). As a result, there is no longer a need for a stay of the Court's ruling. A proposed order is attached to this Notice.

Dated: February 7, 2025

                                              NICHOLAS J. GANJEI
                                              United States Attorney
                                              Southern District of Texas

                          By:  /s/ *Brad R. Gray*
                              Brad Gray
                              Assistant United States Attorneys
                              Southern District of Texas
                              713-567-9599
                              Brad.Gray@usdoj.gov