Case 4:25-mj-00053   Document 20   Filed on 02/18/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| v. | § | Criminal No. 4:25-mj-53 |
| | § | |
| | § | |
| DAVID LAM, | § | |
| | § | |
| Defendant. | § | |

## PROTECTIVE ORDER

This matter having come before the Court on the Unopposed Motion of the United States of America, and the Court having found that entering a Protective Order regarding discovery materials is appropriate, and for good cause shown, it is **ORDERED**:

1. In the course of complying with its discovery obligations, the Government may produce to the attorneys for defendant certain private, confidential information, including medical records, financial records, tax records, grand jury subpoenas, and other records containing sensitive, non-public information (hereinafter "Discovery Materials"). Among other things, the Discovery Materials could contain Protected Health Information (as defined under HIPAA and related Privacy Rules), social security numbers, bank records, grand jury subpoenas, birth dates, and other sensitive, non-public information.

2. The Government is authorized to produce the Discovery Materials to Counsel for the defendant.

3. Counsel for the defendant shall take all necessary and appropriate steps to protect the Discovery Materials from unnecessary dissemination.

4. Such Discovery Materials shall be utilized solely in connection with the defense of this case and for no other purpose.

5. Such Discovery Materials and their contents, and any notes or other record of such materials or their contents, should not be disclosed either directly or indirectly to any person or entity other than to the defendant, defendant's counsel, persons employed to assist with the defense in this case, or such other persons as to whom the Court may authorize disclosure.

6. Such Discovery Materials should not be copied or reproduced except as necessary to provide copies of the material for use by an authorized person as described above to prepare or assist in the defense.

Signed on February 18, 2025, at Houston, Texas.

                                                          *Christina A. Bryan*
                                                          Christina A. Bryan
                                            United States Magistrate Judge